Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

Pensacola Division

| | |
|---|---|
| DARRELL DARRON BURNSIDE<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>"See attached"<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 3:24cv289-LC-ZCB<br>*(to be filled in by the Clerk's Office)*<br><br>PROVIDED TO<br>SANTA ROSA CI ON<br>JUN 1 9 2024<br>FOR MAILING BY |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

FILED USDC FLND PN
JUN 24 '24 AM11:09

Page 1 of 11

NAMES OF DEFENDANTS ATTACHMENT
PAGE 1 OF 1

Defendant No. 1. Aramark Corporation
Defendant No. 2. Sutton, Adam (Adam Sutton)
Defendant No. 3. Florida Department of Corrections

UNITED STATES DISTRICT COURT
for the
Northern District of Florida
Pensacola Division

DARRELL DARRON BURNSIDE

-V-                           Case No. 3:24CV289-LC-ZCB

Florida Department of Corrections;
Aramark Corporation;
Adam Sutton.
         (Defendant(s))

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Darrell Burnside
All other names by which you have been known: INMATE! (P58965)
ID Number: DC#P58965
Current Institution: Santa Rosa Correction Institution
Address: 5850 East Milton Rd
Milton, Fla, 32583
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Aramark Corporation
Job or Title (if known): Aramark Corporation
Shield Number: N/A
Employer: N/A
Address: N/A
N/A, N/A, N/A
City / State / Zip Code
☐ Individual capacity  ☑ Official capacity

Defendant No. 2
Name: Sutton, Adam (Adam Sutton)
Job or Title (if known): Institution Food Service Director (Aramark)
Shield Number: N/A
Employer: Of Aramark Corporation (FSD)
Address: 5850 East Milton Rd
Milton, Fla, 32583
City / State / Zip Code
☑ Individual capacity  ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
   Name                         Florida Department of Corrections
   Job or Title (if known)      Florida Department of Corrections
   Shield Number                N/A
   Employer                     Imprisoners whose property of F.D.O.C
   Address                      501 S. Calhoun St.,
                                Tallahassee,    Fla.     32399-2500
                                City            State    Zip Code
   ☐ Individual capacity   ☑ Official capacity

Defendant No. 4
   Name                         N/A
   Job or Title (if known)      N/A
   Shield Number                N/A
   Employer                     N/A
   Address                      N/A
                                N/A        N/A       N/A
                                City       State     Zip Code
   ☐ Individual capacity   ☐ Official capacity
                                N/A

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☑ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        U.S.C Amendment 8 and U.S.C Amendment 14 Section 1.

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____N/A_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____Deprivation of the full panoply of the right to due process_____

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other *(explain)* __A conviction that doesnt exist and illegal sentenced State prisoner__.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____N/A_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

__At Santa Rosa Correction Institution, in the middle of May__.

C. What date and approximate time did the events giving rise to your claim(s) occur?

January through May, of Breakfast, lunch, and Dinner.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Food Service Director of Aramark is allowing moled trays to be Served.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Was tested positive for H.pylori, With medical treatment of pills for cure.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

"See Attachment"

## VI. Relief Attachment
## Page 1 of 1

As being the Plaintiff in this complaint, It is HEREBY requested for Administration Remedy that I, the plaintiff is requesting money damages, of the amount of an Million Dollars ($1,000,000.00) from the Corporation due to actual damages and punitive damages, as well of lack of: health concern; Inspection and proper business conduction.

As well requesting money damages, of the amount of Seventyfive Thousand Dollars ($75,000.00) from the food Service Director (Sutton, Adam) for being deprived of the full panoply of due process, the harmless error analysis does not apply. Because the deprivation of the right to due process constitutes fundamental error, a harmless error review is N/A, Which is of her Individual capacity, and a Twohundrand and Fithythousand Dollars ($250,000.00) from her Official Capacity, due to lack of perfect business skill as of being an Food Service Director for a Million Dollar Corporation to which doesn't meet the qualification for the position that He/She held (Action of Critical) and of lack of health concern.

& of the Florida Dept of Corrections, requesting money damages, of the amount of Two-Hundrand and Fithythousand Dollars ($250,000.00) (F.D.O.C cap) from the Department due to, of the situation occured in their exstablishment of business, and of the workers (INMATES) who actually Wash, clean, and Serve the trays is of property of the Florida Dept of Correction, and of lack of health concern; Inspection and proper business conduction.

RESPECTFULLY SUBMITTED



Burnside, Darrell (Pro se)
DC#P58965

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

At Santa Rosa Correction Institution (C.M) (F.D.O.C)

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Moldy Trays, to Which the Warden can Indicate that it's on-going.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No   N/A

E. If you did file a grievance:

1. Where did you file the grievance?

At Santa Rosa Correction Institution as an Informal grievance.

2. What did you claim in your grievance?

That food Service Dept is allowing moled trays to still be served.

3. What was the result, if any?

APPROVED as for the grievance but of no actual result.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Upon Informal grievance being APPROVED, therefore I exhausted remedies.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I did file a grievance and the Warden and LT's know bout issue.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   Although I exhausted my remedies, No actual result in changes.
   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) "See Attachment of Informal grievance"

### VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

119-2405-0806

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☐ Dental  ☑ Other FOOD SERVICE |
|---|---|---|---|---|

| FROM: | Inmate Name BURNSIDE, DARRELL D | DC Number P58965 | Quarters FI/19L | Job Assignment EDUCATION | Date 05-17-2024 |
|---|---|---|---|---|---|

**REQUEST**                                   Check here if this is an informal grievance ☑

This is Caused to be Addressed as an Informal grievance, directed to the Food Service Dept Due to Complaint about the tray's I'm receving having mole on the trays, Which is eating through the plastic.
This is caused to be an Seriousness of an Situation due to the food Service Dept is allowing Moled trays to Still be Serve With Inmates food on 'em.
This is an On going Issue With FoodService Serving Inmates food on Moled trays, Which cause Unhealthy bacteria "Or Worster as Death", Which I was tested positive for H. Pylori. Due to the Said cause, this Effected me personally because it's a Known fact that Mole can cause an Ill (Sick; harmful; of a hostile nature-harmful; the cause of Suffering or misfortune) that can kill you. I am being deprived of the full panoply of due process, the harmless error analysis does not apply. B/c the deprivation of the right to due process constitutes fundamental

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: P58965

RE F/S
Moldy Trays

**RESPONSE**                DO NOT WRITE BELOW THIS LINE

DATE RECEIVED: MAY 17 2024   RECEIVED   BY: _____

Your Grievance has been Received, Reviewed & Evaluated. We are working on a Better System to get them Cleaner. Therefore Your Grievance is Approved.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is __APPROVED__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): SUTTON, Adam   Official (Signature): _____   Date: 5-22-24

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                 Incorporated by Reference in Rule 33-103.005, F.A.C.

ATTACHMENT PAGE 1 OF INFORMAL GRIEVANCE

error, a harmless error review is N/A.

Once again In proper language, this is an Informal grievance objecting to the operation of the food Service Department. Which is operating contrary to Department of Health Regulation, which mandate that cafeteria's with plastic trays be eqipped with a dish washing machine for the trays, so that they are properly sanitize.
(e.g., with 180° degree water jetted at the regulated amount of pounds per Square Inch).

As a Result of the Current of food Service operation, the trays are constantly, everyday, everymeal, everyslot, contaminated with Black mole among the edge and round the corners.

This is a Serious health hazord that causes a nasty bacteria to Which I'm in the System and being treated of testing positive for H. Pylori (In Violation of U.S.C Amendment 8 of Cruel and Unusual punishment... Unhealthy; Sickly; injurious to health; dangerous or risky).

REMEDY/RELIEF SOUGHT.

#PS8965
Burnside, Darrell

← This is Sufficient Evidence of MYSELF taking the Spoon and scraping the **MOLE** off the tray, Which is eating up/through the plastic (C.M) tray.
↑ (See the Scraped off **MOLE**, through the Clear
On my tray at lunch.        tape.)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

119-2406-0023

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☑ Other Food Service Dept |

| FROM: | Inmate Name: BURNSIDE, DARRELL D | DC Number: P58965 | Quarters: F1119L | Job Assignment: EDUCATION | Date: June 3, 2024 |

**REQUEST**  Check here if this is an informal grievance ☑

This is caused to be Addressed as an Informal grievance, directed to the Food Service Dept due to Complaint about the tray's I'm receving having mole on the trays, which is eating through the plastic.
This is caused to be of an Serious health hazord of food Servise Dept is "STILL" allowing Moled trays to still be Serve with Inmate food on 'em, that causes a nasty bacteria which can and Will cause harmful; the cause of Suffering or misfortune. 05-17-24, I filed an Informal due to Moldy Trays, Which were approved and of today As of 05-31-24, It's still happening. I'm being deprived of the full panoply of due process, to which the harmless error analysis does not apply. Due to said cause is effecting me personally due to Since I was tested positive for H.Pylori, every tray that come with mole, I refuse my Tray to which is Unfair b/c I can get canteen and I only depend on the State to feed me. Remedy Sought (     ) ← Mold from the Tray (Dinner)

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____  DC#: P58965

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED: JUN 03 2024
BY: _____

Your Grievence Has Been Received, Reviewed & Evaluated. We Just implemented A New System To Get The Trays Cleaner. Therefore Your Grievence is Approved.

[The following pertains to informal grievances only:
Based on the above information, your grievance is  APPROVED . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): SUTTON, Adam    Official (Signature): _____    Date: 6/6/24

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?

   ☐ Yes
   ☑ No   N/A

   If no, give the approximate date of disposition. _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No  Not Yet

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____N/A_____

3. Docket or index number

   _____N/A_____

4. Name of Judge assigned to your case

   _____N/A_____

5. Approximate date of filing lawsuit

   _____N/A_____

6. Is the case still pending?

   ☐ Yes
   ☑ No  N/A

   If no, give the approximate date of disposition _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 19, 2024

Signature of Plaintiff: Burnside, Darrell
Printed Name of Plaintiff: Burnside, Darrell
Prison Identification #: #P52965
Prison Address: Santa Rosa Correction Institution
Milton, Fla. 32583
City, State, Zip Code

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
N/A, N/A, N/A
City, State, Zip Code
Telephone Number: N/A
E-mail Address: N/A

PROVIDED TO
SANTA ROSA CI ON
JUN 19 2024
FOR MAILING BY

Burnside, Darrell. D (Pro Se)
DC#P58965
Santa Rosa Correction Institution
5850 E. Milton Rd
Milton, Fla. 32583

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

US POSTAGE $002.59
ZIP 32583
JUN. 19. 2024

MAY 2 4 2024

Northern District of Florida
U.S District Court
Pensacola Division
1 N. Palafox St., Rm. 226
Pensacola, FL 32502-5658

Free Letter