UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRELL DARRON BURNSIDE,
     Plaintiff,

vs.                              Case No.:  3:24cv289/LAC/ZCB

ARAMARK CORPORATION, et al.,
     Defendants.
_____/

## ORDER

     The magistrate judge issued a Report and Recommendation on August 7, 2024.  (Doc. 13).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

     Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

     Accordingly, it is **ORDERED**:

     1.    The magistrate judge's Report and Recommendation (Doc. 13) is adopted and incorporated by reference in this order.

     2.    This case is **DISMISSED** for failure to state a claim upon which relief can be granted under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

1

3.    The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 22nd day of August, 2024.

_s/L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**